358 A.2d 86
Meyer Appeal.

Argued April 20, 1976. Martin W. Sheerer, with him Dillman, Sheerer & Schuchert, for appellants; Charles W. Johns, Assistant District Attorney, with him Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for appellee.

Adjudication and order of commitment affirmed.

SPAETH, J., absent.

358 A.2d 71
Miano, et ux. v. Times Square Lincoln Mercury, Inc. (et al., Appellant).

Argued April 13, 1976. Roger H. Taft, with him MacDonald, Illig, Jones & Britton, for appellant; Gabriel A. Bifulco, with him Chase, Bifulco & Waidley, for appellees.

Order and judgment affirmed.